FILED

05/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0041

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BENNEDICT DALE FREDERICKS,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is given an extension of time until July 5, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 28 2024